```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MICHIGAN
                       SOUTHERN DIVISION - DETROIT

IN RE:  SHARON DENISE BUSHONG                       CASE No.
        6564 E MICHIGAN AVE #59
        SALINE MI                                      01-45751-S
                         48176-0000     Judge: PHILLIP J SHEFFERLY

                 CHAPTER 13 FINAL REPORT AND ACCOUNT
                        DISCHARGED/PAID IN FULL
                                              SS#1 - XXX-XX-7356
                                              SS#2 - XXX-XX-0000
```

| This Case was commenced on 03/23/2001 | The Plan was confirmed on 06/13/2001 | The Case was concluded on 07/06/2006 |

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.                                     $   38550.81

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICE CRAM/00KIA/AMPOC | AUTOMOBIL | 7813.00 | 7813.00 | 2023.00 | .00 |
| AMERICREDIT FINANCIAL SERVICE Split Claim/AMPOC | UNSECURED | 5378.12 | 2737.46 | .00 | .00 |
| CAPITAL ONE FINANCIAL CAPITAL ONE | UNSECURED | 744.58 | 378.99 | .00 | .00 |
| ECAST SETTLEMENT CORP PROVIDIAN | UNSECURED | 3477.00 | 1769.79 | .00 | .00 |
| ECAST SETTLEMENT CORP ADDED | UNSECURED | 1139.96 | 580.24 | .00 | .00 |
| HUNTINGTON NATIONAL BANK HUNTINGTON BNK | UNSECURED | 2551.22 | 1298.57 | .00 | .00 |
| MAX RECOVERY INC NEWPORT NEWS | UNSECURED | 974.20 | 495.87 | .00 | .00 |
| MICH STATE DISBURSEMENT UNIT | PRIORITY | 3000.00 | 3000.00 | .00 | .00 |
| MICHIGAN RENT TO OWN 24MO LEASE/EXP 11/01 | DIR.- PAY | .00 | .00 | .00 | .00 |
| ORIGEN FINANCIAL 6564 MI AVE #59/ESCR | CURR MTG | .00 | 14081.20 | .00 | .00 |

PAGE   1 - CONTINUED ON NEXT PAGE

```
CASE NO. 01-45751-S          SHARON DENISE BUSHONG
```

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ORIGEN FINANCIAL INT/PL | ARREARAGE | 457.50 | 457.50 | .00 | .00 |
| RESURGENT ACQUISITION LLC ASSOC NATL BNK | UNSECURED | 407.50 | 207.42 | .00 | .00 |
| RESURGENT ACQUISITION LLC FINGERHUT | UNSECURED | 966.81 | 492.11 | .00 | .00 |
| SALINE MEADOWS LOT RENT/OCP** | DIR.- PAY | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR COMPUTER CREDIT | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR JC PENNEY | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR UM DENTISTRY | NOT FILED | .00 | .00 | .00 | .00 |
| UNITED NATIONAL BANK UNITED NATL BNK/*TCO | UNSECURED | 215.14 | .00 | .00 | .00 |
| SHARON DENISE BUSHONG | REFUND | 782.45 | 782.45 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 22351.70 | 3000.00 | 15854.53 | | 782.45 | 41988.68 | PRINCIPAL |
| PRIN. PAID | 22351.70 | 3000.00 | 7960.45 | | 782.45 | 34094.60 | AND INT. |
| INT. PAID | 2023.00 | .00 | .00 | | | 2023.00 | 36117.60 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| WEIK & ASSOCIATES, PC | 1150.00 | 1150.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| .00 | 1283.21 | .00 | 1283.21 |

PAGE  2 - CONTINUED ON NEXT PAGE

CASE NO. 01-45751-S          SHARON DENISE BUSHONG

   WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Krispen S. Carroll as Trustee and releasing Krispen S. Carroll and her surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 10/31/06

_____
KRISPEN S. CARROLL, TRUSTEE

---

C E R T I F I C A T E    O F    S E R V I C E

---

   I hereby certify that on the date indicated below, a copy of this document was mailed to the Debtor, the Debtor's attorney, and the United States Trustee by First Class mail.

DATED: 10/31/06                              AE